UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6(lc)

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-00314-PSG-CW | Date | June 11, 2014 |
|---|---|---|---|
| Title | Bally Total Fitness Corporation v. Melrose Park Equity LLC et al | | |

| Present: The Honorable | PHILIP S. GUTIERREZ | |
|---|---|---|
| Wendy Hernandez | | Not Reported |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

**Proceedings:**   (In Chambers): Order

Based on the Notice of Settlement filed on May 30, 2014, the Court hereby dismisses the action referenced above with prejudice.

Initials of Preparer    wh

CV-90 (10/08)                                    **CIVIL MINUTES - GENERAL**                                    Page 1 of 1